Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br>Plaintiff<br>vs.<br>KidCo Inc.<br>Defendant | Case No. 3:11-cv-00151-EMC<br>**First Amended Complaint**<br>**Jury Trial Demanded** |

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

Plaintiff and *qui tam* relator San Francisco Technology Inc. ("SF Tech") files this Complaint against defendant KidCo Inc. ("KidCo") and alleges as follows.

## Nature of Action

1. This is a *qui tam* action for false patent marking. KidCo has falsely marked products with intent to deceive the public in violation of 35 U.S.C. § 292 and must be civilly fined for each offense. The statute provides:

> Whoever marks upon, or affixes to, or uses in advertising in connection with any unpatented article, the word 'patent' or any word or number importing that the same is patented, for the purpose of deceiving the public … Shall be fined not more than $500 for every such offense.

## Parties

2. SF Tech is a Delaware Corporation with its principal place of business in San Jose, California.

3. Upon information and belief, KidCo is a business entity with a place of business at 1013 Technology Way, Libertyville IL 60048-5349.

## Jurisdiction & Venue

4. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338(a), and 1355(a).

5. Venue is appropriate in this District under 28 U.S.C. §§ 1391(b) and 1395(a).

6. This court has personal jurisdiction over KidCo. KidCo has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic. KidCo's products, including its falsely marked products, are systematically and continuously sold at retail stores in San Jose, California such as Buy Buy Baby in the Almaden Plaza shopping center. KidCo advertises its products, including its falsely marked products, on its web site, at www.kidco.com. KidCo advertises on that web site[1] that its products are sold at many retail store chains which have locations in California and in this District, including Babyland Furniture (which is located solely in San Jose,

[1] http://www.kidco.com/main.taf?p=5

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

California), Trendi Baby Boutique, and Babies R Us. KidCo specifically targets California by marking its falsely marked products with "S. P. Morrison", which is a reference to Steven P. Morrison, an individual who, upon information and belief, is a California resident.

**Intradistrict Assignment**

7. This case is appropriate for District-wide assignment under Civil Local Rule 3-2(c) because the claims in this Complaint arise under 35 U.S.C. § 292, which is codified with the patent statutes.

**Count 1: False Patent Marking**

8. SF Tech incorporates by reference all above allegations.

9. KidCo makes and sells many kinds of products, including Soft Jamb™ door stop products.

10. KidCo marks the packaging in which its door stop products are sold with words and numbers which falsely suggest that the door stop products are patented. The door stop packaging is marked: "Patent/Patente/Brevet: 4,782,553". KidCo also marks each individual door stop product with words and numbers which falsely suggest that the door stop products are patented. Each door stop is marked:

US PAT 4782553
S.P. Morrison, Rd. 1989
SOFT JAMB ™
U.S. PAT NO. D-303 626

11. In the above markings, "US PAT 4782553" and "Patent/Patente/Brevet: 4,782,553" refer to U.S. Patent 4,782,553. In the above markings, "U.S. PAT NO. D-303 626" refers to U.S. Patent D303,626. In the above markings, "S.P. Morrison" refers to Steven P. Morrison — an individual who, according to records of the U.S. Patent & Trademark Office, is a California resident and the inventor of U.S. Patents 4,782,553 and D303,626.

12. U.S. Patents 4,782,553 and D303,626 expired no later than 6/18/2007 and 9/27/2003, respectively. KidCo's door stop products are being sold in 2011, long after the expirations of U.S. Patents 4,782,553 and D303,626.

13. Upon information and belief, KidCo has made decisions to mark, and has marked, its

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

door stop products after the expiration of U.S. Patents 4,782,553 and D303,626.

14. An invention disclosed in an expired patent is in the public domain. No reasonable basis exists to believe that a product can be protected by an expired patent. KidCo had knowledge that the above patent markings were false at the time those markings were made. KidCo uses patent markings in connection with its products to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, KidCo falsely marked its products with intent to deceive the public.

## **Demand For Judgment**

SF Tech demands judgment against KidCo, as follows:

15. A declaration that KidCo violated 35 U.S.C. § 292.

16. An accounting of the number, sales, and revenue of all falsely marked articles.

17. A civil fine of $500 for each offense — half paid to the U.S., and half paid to SF Tech.

18. Costs, including attorney fees.

19. A finding that this is an exceptional case.

20. Any other relief the court deems appropriate.

## **Demand For Jury Trial**

SF Tech demands a jury trial on all issues so triable.

Date: January 19, 2011

Mount, Spelman & Fingerman, P.C.
/s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False014\Attorney Notes\Drafts\First Amended Complaint - KidCo.doc