| | |
|---|---|
| Kathryn G. Spelman, Esq. (Cal. Bar No. 154512) <br> Daniel H. Fingerman, Esq. (Cal. Bar No. 229683) <br> MOUNT, SPELMAN & FINGERMAN, P.C. <br> RiverPark Tower, Suite 1650 <br> 333 West San Carlos Street <br> San Jose CA  95110-2740 <br> Tel:     408.279.7000 <br> Fax:    408.998.1473 <br> Email: kspelman@mount.com, <br> dfingerman@mount.com <br><br> Attorneys for Plaintiff, <br> SAN FRANCISCO TECHNOLOGY INC. | Andrew Valentine (Cal. Bar No. 162094) <br> andrew.valentine@dlapiper.com <br> Erik R. Fuehrer (Cal. Bar No. 252578) <br> erik.fuehrer@dlapiper.com <br> DLA PIPER LLP (US) <br> 2000 University Avenue <br> East Palo Alto, CA  94303-2214 <br> Tel:  650.833.2000 <br> Fax: 650.833.2001 <br><br> Attorneys for Defendant, <br> KIDCO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> KIDCO, INC., <br><br>     Defendant. | CASE NO.  3:11-cv-00151-EMC <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**   ; ORDER <br><br> Complaint Filed:  01/11/2011 |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-1(a), that the time for Defendant Kidco, Inc. to answer, move or otherwise respond to Plaintiff's First Amended Complaint is extended to and including March 14, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 10, 2011          DLA PIPER LLP (US)

                                  By /s/ Andrew Valentine
                                  ANDREW P. VALENTINE
                                  ERIK R. FUEHRER
                                  DLA PIPER LLP (US)
                                  2000 University Avenue
                                  East Palo Alto, CA  94303-2214
                                  Tel:  650.833.2000
                                  Fax: 650-833-2001

                                  Attorneys for Defendant,
                                  KidCo, Inc.

Dated: February 10, 2011          MOUNT, SPELMAN & FINGERMAN, P.C.

                                  By /s/ Daniel Fingerman
                                  KATHRYN G. SPELMAN
                                  DANIEL H. FINGERMAN
                                  RiverPark Tower, Suite 1650
                                  333 West San Carlos Street
                                  San Jose, CA  95110-2740
                                  Tel:  408-279-7000
                                  Fax:  408-998-1473

                                  Attorneys for Plaintiff
                                  SAN FRANCISCO TECHNOLOGY, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 2/15/11

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Edward M. Chen]

## ATTESTATION CLAUSE

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for Kidco, Inc., attests that each other signatory listed above has concurred in this filing.