Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for Plaintiff,
SAN FRANCISCO TECHNOLOGY INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant
KIDCO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>KIDCO, INC.,<br><br>               Defendant. | CASE NO.  3:11-cv-00151-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** ; ORDER<br><br>Complaint Filed:  01/11/2011 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-1(a), that the time for Defendant Kidco, Inc. to answer, move or otherwise respond to Plaintiff's First Amended Complaint is extended to and including March 28, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 11, 2011

DLA PIPER LLP (US)

By  /s/ Andrew Valentine
ANDREW P. VALENTINE
ERIK R. FUEHRER
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax: 650-833-2001

Attorneys for Defendant,
KidCo, Inc.

Dated: March 11, 2011

MOUNT, SPELMAN & FINGERMAN, P.C.

By  /s/ Daniel Fingerman
KATHRYN G. SPELMAN
DANIEL H. FINGERMAN
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Tel: 408-279-7000
Fax:  408-998-1473

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

**ATTESTATION CLAUSE**

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for Kidco, Inc., attests that each other signatory listed below has concurred in this filing.