KATHRYN G. SPELMAN, Bar No. 154512
kspelman@mount.com,
DANIEL H. FINGERMAN, Bar No. 229683
dfingerman@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473

Attorneys for Plaintiff,
SAN FRANCISCO TECHNOLOGY INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant,
KIDCO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>KIDCO, INC.,<br><br>            Defendant. | CASE NO.  3:11-cv-00151-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** ; ~~AND~~ ORDER<br><br>Complaint Filed:  01/11/2011 |

1       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

2   and pursuant to Civil Local Rule 6-1(a), that the time for Defendant Kidco, Inc. to answer, move

3   or otherwise respond to Plaintiff's First Amended Complaint is extended to and including

4   April 4, 2011.

5       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6

7   Dated:  March 28, 2011

                                            DLA PIPER LLP (US)
8

9                                           By  /s/ Andrew Valentine
                                               _____
10                                               ANDREW P. VALENTINE
                                               ERIK R. FUEHRER
11                                               DLA PIPER LLP (US)
                                               2000 University Avenue
12                                               East Palo Alto, CA  94303-2214
                                               Tel:  650.833.2000
                                               Fax: 650-833-2001
13
                                               Attorneys for Defendant,
14                                               KIDCO, INC.

15   Dated:  March 28, 2011                  MOUNT, SPELMAN & FINGERMAN, P.C.

16

17                                          By  /s/ Kathryn G. Spelman
                                               _____
                                               KATHRYN G. SPELMAN
                                               DANIEL H. FINGERMAN
18  IT IS SO ORDERED:                          MOUNT, SPELMAN & FINGERMAN, P.C.
                                               RiverPark Tower, Suite 1650
19                                               333 West San Carlos Street
                                               San Jose, CA  95110-2740
20  _____                   Tel:  408-279-7000
    Edward M. Chen                              Fax:  408-998-1473
21  U.S. Magistrate
                                               Attorneys for Plaintiff
22                                               SAN FRANCISCO TECHNOLOGY, INC.

23

24                              **ATTESTATION CLAUSE**

25       In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for Kidco, Inc.,

26   attests that each other signatory listed below has concurred in this filing.

27

28