| | |
|---|---|
| KATHRYN G. SPELMAN, Bar No. 154512 | ANDREW VALENTINE, Bar No. 162094 |
| kspelman@mount.com, | andrew.valentine@dlapiper.com |
| DANIEL H. FINGERMAN, Bar No. 229683 | ERIK R. FUEHRER, Bar No. 252578 |
| dfingerman@mount.com | erik.fuehrer@dlapiper.com |
| MOUNT, SPELMAN & FINGERMAN, P.C. | DLA PIPER LLP (US) |
| RiverPark Tower, Suite 1650 | 2000 University Avenue |
| 333 West San Carlos Street | East Palo Alto, CA  94303-2214 |
| San Jose, CA  95110-2740 | Tel: 650.833.2000 |
| Phone: (408) 279-7000 | Fax: 650.833.2001 |
| Fax: (408) 998-1473 | |
| | Attorneys for Defendant, |
| Attorneys for Plaintiff, | KIDCO, INC. |
| SAN FRANCISCO TECHNOLOGY INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | CASE NO.  3:11-cv-00151-EMC |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**; **[PROPOSED] ORDER** |
| v. | Complaint Filed:  01/11/2011 |
| KIDCO, INC., | |
| Defendant. | |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-1(a), that the time for Defendant Kidco, Inc. to answer, move or otherwise respond to Plaintiff's First Amended Complaint is extended to and including April 11, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 4, 2011

DLA PIPER LLP (US)

By /s/ Erik Fuehrer
ANDREW P. VALENTINE
ERIK R. FUEHRER
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650-833-2001

Attorneys for Defendant,
KidCo, Inc.

Dated: April 4, 2011

MOUNT, SPELMAN & FINGERMAN, P.C.

By /s/ Daniel Fingerman
KATHRYN G. SPELMAN
DANIEL H. FINGERMAN
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Tel: 408-279-7000
Fax: 408-998-1473

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

### ATTESTATION CLAUSE

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for Kidco, Inc., attests that each other signatory listed below has concurred in this filing.