Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
           blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>KidCo Inc.<br><br>Defendant | Case No. 3:11-cv-00151-EMC<br><br>**Stipulation to File Second Amended Complaint**<br><br>Order |
|---|---|

Pursuant to Rule 15(a)(2), the parties stipulate to allow San Francisco Technology Inc. to file a Second Amended Complaint.

Date: April 11, 2011    Mount, Spelman & Fingerman, P.C.
                                       /s/ Daniel H. Fingerman
                                     Counsel for San Francisco Technology Inc.

Date: April 11, 2011    DLA Piper LLP
                                       /s/ Erik Fuehrer
                                     Counsel for KidCo Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: April 11, 2011                              Mount, Spelman & Fingerman, P.C.,
                                                                  /s/ Daniel H. Fingerman
                                                  Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False014\Attorney Notes\Drafts\Stipulation to File Second Amended Complaint.doc