Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
           blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| San Francisco Technology Inc. | Case No. 3:11-cv-00151-EMC |
|---|---|
| Plaintiff | **Stipulation of Dismissal With Prejudice** |
| vs. | |
| KidCo Inc. | |
| Defendant | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff San Francisco Technology Inc. and defendant KidCo Inc. hereby stipulate to dismiss with prejudice all claims asserted in this case.  In accordance with General Order 45.X.B., Daniel H. Fingerman, counsel for Plaintiff, attests that each other signatory listed below has concurred in this filing.

Date: April 19, 2011         Mount, Spelman & Fingerman, P.C.
                                           /s/ Daniel H. Fingerman
                                      Counsel for San Francisco Technology Inc.

Date: April 19, 2011         DLA Piper LLP
                                           /s/ Erik Fuehrer
                                      Counsel for KidCo Inc.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: April 19, 2011                                        Mount, Spelman & Fingerman, P.C.,
                                                                          /s/ Daniel H. Fingerman
                                                            Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False014\Attorney Notes\Drafts\Stipulation of Dismissal With Prejudice.doc

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

Case No. 3:11-cv-00151-EMC                                                                             Page 1
Certificate of Service